

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,008

**EX PARTE DANA LYNN ATTAWAY, AKA DANA LYNN RAGSDALE,** Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 0619072A IN THE 8TH JUDICIAL DISTRICT COURT FROM HOPKINS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was charged in a single indictment with two counts of sexual assault of a child, two counts of indecency with a child by contact, and two counts of indecency with a child by exposure. She pleaded guilty to six counts of sexual assault of a child, and was sentenced to twenty years' imprisonment for each count. She did not appeal her conviction.

In this writ Applicant contends that she pleaded guilty to offenses more serious than those with which she was charged. The trial court finds that Applicant pleaded guilty in two counts of the indictment to offenses more serious than those with which she was charged. Applicant is entitled to relief. *Ex parte Huerta*, 692 S.W.2d 681 (Tex. Crim. App. 1985).

Relief is granted. Because Applicant's conviction on all six counts is the result of a plea bargain, the entire conviction must be set aside. Therefore, the judgment in Cause No. 0619072A in the 8th Judicial District Court of Hopkins County is set aside, and Applicant is remanded to the Sheriff of Hopkins County to answer the charges against her.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: October 1, 2008
Do Not Publish